UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 1:15-cv-020-WTL-DML |
| | ) | |
| vs. | ) | |
| | ) | |
| MARWOOD LOW COST PHARMACY, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

The parties, Marwood Low Cost Pharmacy, in person and by counsel, and the United

States of America, by counsel, agree and stipulate as follows:

1.     The Defendant waives service of the Complaint and Summons in this action.

2.     The Defendant is subject to the jurisdiction of this Court.

3.     Judgment shall be entered against the Defendant in the principal sum of

$100,000.00.   Interest will accrue at a post-judgment rate established by law.

AGREED AND EXECUTED by the parties hereto:

FOR THE UNITED STATES OF AMERICA:

JOSH J. MINKLER
United States Attorney

Dated: 1/6/2015        By: _____
                              Jonathan A. Bont
                              Assistant United States Attorney
                              Southern District of Indiana

FOR THE DEFENDANT:

Dated: 11/20/2014     By: _____
Methqual ("Matt") Abu Mahfouz
On behalf of Marwood Low Cost Pharmacy

Dated: 12/1/2014     By: _____
Joseph ("Jay") Bogdan
Counsel for Methqual Abu Mahfouz and Marwood Low
Cost Pharmacy