UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.  1:15-cv-020-WTL-DML |
| | ) | |
| vs. | ) | |
| | ) | |
| MARWOOD LOW COST PHARMACY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

  The Parties, Marwood Low Cost Pharmacy and the United States of America, have tendered a Consent Judgment and the United States has tendered an agreed motion for entry of judgment in this matter.  In the Consent Judgment, the Defendant waived service of the Complaint and Summons in this action and consented to the jurisdiction of this Court.  Having reviewed the motion and being duly advised, the Court hereby GRANTS the motion.  Judgment will be entered against the Defendant by pursuant to Federal Rule of Civil Procedure 58.

  APPROVED AND SO ORDERED this 4th day of March, 2015.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF