UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 1:15-cv-20-WTL-DML |
| MARWOOD LOW COST PHARMACY, | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the agreement of the parties, judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $100,000.00, plus post-judgment interest to accrue at the rate established by law.

SO ORDERED: 3/06/15

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copy to counsel of record via electronic notification